UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SANDRA BOUCHER,                        )
                                       )
            Plaintiff,                 )
                                       )
    vs.                                )
                                       )   No. 1:10-cv-01125-SEB-MJD
MICHAEL ASTRUE Commissioner of the     )
Social Security Administration,        )
                                       )
            Defendant.                 )

## JUDGMENT

The court, having this day made its Entry,

IT IS THEREFORE ADJUDGED that the final decision of the Commissioner that Sandra Boucher was not entitled to Disability Insurance Benefits, based on her application filed on January 19, 2005, is AFFIRMED.

Date: _____10/22/2012_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Michael G. Myers

mgmyers10@sbcglobal.net


Thomas E. Kieper

UNITED STATES ATTORNEY'S OFFICE

tom.kieper@usdoj.gov